CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6474
FAX: (415) 436-6748
Sarah.balkissoon@usdoj.gov

Attorneys for Respondent-Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY BATIO, No. 51368-424,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>RESIDENTIAL REENTRY MANAGER,<br>Respondent-Defendant | CASE NO. 26-cv-04160-CRB<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE; DECLARATION; [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to Civil Local Rules 6-2 and 7-12, Petitioner, *pro se*, and Respondent hereby stipulate and request that the Court modify the briefing schedule for the order to show cause and Petition for Writ of Habeas Corpus. The parties seek this modification to provide Respondent additional time to investigate Petitioner's claims and prepare its response. In support of this request, the parties state as follows:

1. On May 6, 2026, Petitioner filed a Petition for Writ of Habeas Corpus against Respondent. Dkt. 1. Petitioner filed an amended petition on June 25, 2026 (the "Amended Petition"). Dkt. 3.

2. On June 26, 2026, the Court issued an order show cause ("OSC") why a writ of habeas corpus should not be granted and ordered the Respondent to respond to the Amended Petition by August 25, 2026. Dkt. 4.

3. On July 4, 2026, Petitioner filed a Supplemental Brief regarding the OSC. Dkt. 5.

4. Assistant United States Attorney Sarah E. Balkissoon filed a notice of appearance in this action on August 24, 2026.

5. Respondent seeks additional time to investigate Petitioner's claims and prepare its response to the OSC and Amended Petition.

6. On August 24, 2026, the parties met and conferred regarding extending Respondent's response deadline and Petitioner agreed.

7. Subject to the Court's approval, the parties propose the following modified briefing schedule:

a. Respondent's response to the OSC and Amended Petition should be due Friday, August 28, 2026.

b. Petitioner's reply, if any, should be due Monday, September 28, 2026.

IT IS SO STIPULATED.

DATED: August 24, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

[1] In compliance with Civil L.R. 5-1(i)(3), the filer of this document attests under penalty of perjury that each of the other signatories have concurred in the filing of this document.

DATED: August 24, 2026

*_/s/ Jeffrey Batio_*
Jeffrey Batio
Petitioner, *Pro Se*

**DECLARATION OF SARAH E. BALKISSOON**

I, Sarah E. Balkissoon, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for the Respondent in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration pursuant to Civil Local Rules 6-2 and 7-12 in support of the parties' stipulation to modify the briefing schedule for the order to show cause and response to the Amended Petition.

3. I filed a notice of appearance in this matter on August 24, 2026. Dkt. 6.
4. Respondent seeks additional time to investigate Petitioner's claims and prepare their response to the OSC and Amended Petition.
5. On August 24, 2026, the parties met and conferred regarding extending Respondent's response deadline and Petitioner agreed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 24, 2026

*<u>/s/ Sarah E. Balkissoon</u>*
SARAH E. BALKISSOON
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, the briefing schedule for the OSC and Respondent's deadline to respond to the Amended Petition are adjusted as follows:

a. Respondent's response to the OSC and Amended Petition are due Friday, August 28, 2026.

b. Petitioner's reply, if any, is due Monday, September 28, 2026.

IT IS SO ORDERED.

DATED: August 24, 2026

HON. CHARLES R. BREYER
United States District Judge