UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY BATIO, No. 51368-424,

Petitioner,

v.

RESIDENTIAL REENTRY MANAGER,

Respondent.

Case No. 26-cv-04160-CRB (PR)

**ORDER SETTING BRIEFING SCHEDULE AND VACATING HEARING DATE**

Respondent has filed a motion to dismiss or transfer the instant petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner shall file a response to the motion by September 18, 2026, and respondent shall file a reply by September 25, 2026.

The hearing noticed for October 2, 2026, is VACATED.

**IT IS SO ORDERED**.

Dated: September 1, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California